Pennsylvania Electric Company *v.* Eyler, Appellant.

Argued April 16, 1969. *James F. O'Malley,* with him *Yost &*

*O'Malley,* for appellant; *Wayne G. Wolfe,* with him *Spence, Custer, Saylor, Wolfe & Rose,* for appellee.

Order affirmed.